IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM McHANEY
ADC # 111364                                                                    PETITIONER

v.                              No. 5:12-cv-403-DPM-HDY

RAY HOBBS, Director, ADC                                                RESPONDENT

## ORDER

The Court has considered Magistrate Judge H. David Young's findings and recommendations, *Document No. 9*, and McHaney's objections, *Document No. 10*. On *de novo* review, the Court adopts Judge Young's recommendation as its own. FED. R. CIV. P. 72(b)(3). McHaney's petition for writ of habeas corpus is time-barred. 28 U.S.C. § 2244(d)(1)(A). His objections neither address nor solve the problem. McHaney's petition is dismissed with prejudice. A certificate of appealability will not issue because McHaney has not made a substantial showing of the violation of any right.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2013