IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM McHANEY**
**ADC # 111364**                                                                PETITIONER

v.                              No. 5:12-cv-403-DPM

**RAY HOBBS, Director, ADC**                                      RESPONDENT

JUDGMENT

McHaney's petition is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2013