IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM McHANEY**
**ADC # 111364**                                                            PETITIONER

v.                              No. 5:12-cv-403-DPM

**RAY HOBBS, Director, ADC**                                     RESPONDENT

**JUDGMENT**

McHaney's petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 January 2013